JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada  89169
Telephone: 702-678-5070
Facsimile: 702-878-9995
jbarr@atllp.com

*Attorneys for Defendant*
*Gravitas Nevada Ltd. d/b/a The Apothecarium*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DRAPER, individually and on behalf of others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>RHMT, LLC. d/b/a THE APOTHECARIUM, et al.,<br><br>           Defendants. | Case No.:  2:20-CV-01423-GMN-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHER RESPONSIVE PLEADING ON BEHALF OF DEFENDANT GRAVITAS NEVADA LTD. d/b/a THE APOTHECARIUM AND [PROPOSED] ORDER** |

Defendant Gravitas Nevada Ltd. d/b/a The Apothecarium ("Gravitas"), by and through counsel, moves the court for a fourteen-day extension of time to file an Answer or other responsive pleading to Plaintiffs' Amended Complaint for Damages and Injunctive Relief Pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("Amended Complaint") in the above-captioned case.  In support of this unopposed Motion, Gravitas states:

1.   Gravitas' current deadline to respond to the Amended Complaint is November 17, 2020.

2.   This is the second extension sought by Gravitas.

/ / /

/ / /

3. Gravitas' counsel needs additional time to review and investigate the allegations in the Amended Complaint and attempt to resolve the purported dispute.

4. This motion is not made for purposes of hindrance or delay.

5. Plaintiff's counsel was consulted and does not oppose this motion for an additional fourteen-day extension for Gravitas to file an Answer or other responsive pleading to the Amended Complaint. If granted, Gravitas will have up to, and including, December 1, 2020, to file an Answer or other responsive pleading to the Amended Complaint.

WHEREFORE, Defendant Gravitas Nevada Ltd. d/b/a The Apothecarium requests that the Court enter an Order granting this unopposed Motion for an additional fourteen days to file an Answer or other responsive pleading to the Amended Complaint, and for any further relief the Court deems just and proper.

Dated: November 16, 2020.

ARMSTRONG TEASDALE LLP

By: /s/ Jeffrey F. Barr
JEFFREY F. BARR, ESQ.
NV Bar No. 7269
3770 Howard Hughes Parkway
Suite 200
Las Vegas, NV  89169

*Attorneys for Defendant
Gravitas Nevada Ltd. d/b/a The Apothecarium*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: 11-19-2020

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5 (b), and section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHER RESPONSIVE PLEADING ON BEHALF OF DEFENDANT GRAVITAS NEVADA LTD. D/B/A THE APOTHECARIUM AND ORDER was served:

☒ via electronic service to the address(es) shown below:

Gustavo@kazlg.com

*Counsel for Plaintiff Daniel Draper and the Putative Class*

☐ via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Gustavo Ponce, Esq.
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

*Counsel for Plaintiff Daniel Draper and the Putative Class*

Date: November 16, 2020        /s/*Sheila A. Darling*
                               An employee of Armstrong Teasdale LLP